FILED

2005 MAY 23 A 7: 33

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

1  Roni Rotholz, Esq. (SBN 092448)
   LAW OFFICE OF RONI ROTHOLZ
2  1870 Olympic Blvd., Suite 120
   Walnut Creek, CA 94596
3
   Telephone: (925) 932-0193
4  Facsimile: (925) 939-8434

5
   Attorney for Abdul Rakib RAGEH, Defendant
6

LODGED
MAY 1 9 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DEPARTMENT OF JUSTICE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:05-cr-0091 REC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER THEREON |
| ABDUL RAKIB RAGEH, | ) | |
| Defendant. | ) | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Defendant, Abdul Rakib Rageh, makes the following substitution:

1. Former legal representative: Mark A. Lizarraga, Federal Public Defender

2. New legal representative:   Roni Rotholz, Esq. (SBN 092448)
                               1870 Olympic Blvd., # 120
                               Walnut Creek, CA 94596
                               Tel: (925) 932-0193; Fax: (925) 939-8434

Substitution of Attorney; [Proposed] Order – 1:05-cr-0091 REC

Page 1 of 2

3. I consent to this substitution.

Dated: May 18, 2005                            abdul rakib rageh
                                               ABDUL RAKIB RAGEH

4. I consent to this substitution.

Dated: May 18, 2005                            mark a. lizarraga
                                               MARK A. LIZARRAGA

5. I consent to this substitution.

Dated: May 18, 2005                            roni rotholz
                                               RONI ROTHOLZ

[PROPOSED] ORDER

It is So Ordered.

Dated: May 25, 2005                            _____
                                               Honorable Robert E. Coyle

Substitution of Attorney: [Proposed] Order – 1:05-cr-0091 REC